**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 0 6 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01460-BNB

JOSEPH BREE JOHNSON,

    Plaintiff,

v.

FIRST REVENUE ASSURANCE, LLC,

    Defendant.

## ORDER DRAWING CASE

    Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

    ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 6th day of July, 2011.

                                          BY THE COURT:

                                          *s/Craig B. Shaffer*
                                          Craig B. Shaffer
                                          United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01460-BNB

Joseph Bree Johnson
1346 Ulster St
Denver, CO 80220

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on July 6, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk