**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-01460-WJM-MEH

JOSEPH BREE JOHNSON,

    Plaintiff,

v.

FIRST REVENUE ASSURANCE, LLC

    Defendant.

_____

ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE
_____

This matter comes before the court on the parties' Stipulated Motion to Dismiss with Prejudice filed November 1, 2011 (ECF No. 20).  The Court being fully advised hereby ORDERS as follows:

The parties' stipulated motion is GRANTED.  The above-captioned matter is DISMISSED WITH PREJUDICE.  Each party shall pay his or its own attorney's fees and costs.

Dated this 2nd day of November, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge